## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 39

**IP Address:** 71.241.159.34  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 97623DACD86E956CED7B80F46F164490566CBD4C | 11/22/2024 21:09:42 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 2 | a16aa2ee5d4bb9b9fbed537da524f4971b9e96f5 | 01/20/2025 00:29:53 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |
| 3 | 29afc6e0887e4b04e7bc1d122fda5423a279ffee | 01/20/2025 00:27:42 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 4 | 7877d8bae0ba3e34df575854ee7570319f99bc48 | 01/20/2025 00:14:12 | Tushy | 12/29/2024 | 01/16/2025 | PA0002509286 |
| 5 | d08f75e13ab3ad3c37e3763718758a8cf0929936 | 01/19/2025 21:36:48 | TushyRaw | 12/31/2024 | 01/16/2025 | PA0002509650 |
| 6 | 96aeacf3cf33f218001948c4fd2e39d03173c0d2 | 01/07/2025 00:37:02 | Blacked Raw | 07/27/2020 | 08/11/2020 | PA0002252262 |
| 7 | 25729f22641fdcaa763a2c1c205a61723e58cf8d | 01/07/2025 00:33:06 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 8 | 8daa40240aac125ca3106494e61b96b381b2196f | 01/06/2025 22:08:37 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 9 | 97add1da2366039299c16d24810d9fc6f8b53a5d | 01/03/2025 17:17:13 | Blacked | 12/24/2024 | 01/15/2025 | PA0002509260 |
| 10 | 60608b24c1a4b21385808c91d530e57f2180263f | 01/02/2025 06:03:47 | Blacked | 12/29/2024 | 01/15/2025 | PA0002509287 |
| 11 | 8dbc14cfecba1e6385daa1681435200eaeba8839 | 11/22/2024 19:48:48 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 12 | 4cd9573c82e1b116e5718e8577756183026d889b | 11/22/2024 01:04:49 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 13 | 45e4329f3ae757afe2f12454ec66a6c583032049 | 11/22/2024 00:02:27 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 14 | 9782944D8AC751E0CC319829B5B5C43B543CFC8A | 11/21/2024 03:47:25 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 15 | 4F356F53E6E9C481900F93ADE3729D289CE59C17 | 11/20/2024 03:31:58 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 16 | A15797B7720709E1FD7FF11773D97D39E71EDFCA | 11/20/2024 02:32:16 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | F64CBDB6FDAD6A3224E8A269EA065BABCC8AB5F3 | 11/20/2024 00:40:27 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 18 | 9A0C4BFFD7CC39D0D9B6C5E64B977E8B72C059E6 | 11/20/2024 00:28:42 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 19 | 4BAA6C812844DF76BA1729819F5A187EB07098B4 | 11/20/2024 00:20:35 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 20 | d2712e38602d277959460700679d964fdba05e71 | 11/07/2024 02:20:24 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 21 | B6937C6F3EE0B943884A66E242EBACCD5249CB97 | 09/24/2024 01:40:53 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 22 | 5732DE27077A58D178897949A3AC5DC67EB6CA74 | 09/06/2024 18:34:46 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 23 | C0D9CA9FFDC05BE8A72B9E768DB4347EAD1D884D | 08/06/2024 17:44:37 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 24 | f927dfe633d59a7a6325c137f27c12ac537faadf | 07/06/2024 01:26:36 | Tushy | 06/23/2024 | 07/15/2024 | PA0002480666 |
| 25 | 1c966a387e08b145a88c1f73848890f5050ce545 | 05/03/2024 20:42:05 | Blacked | 11/28/2020 | 12/28/2020 | PA0002269083 |
| 26 | 4179b35cdac038f7ceecfb4cd37d7881d5ca5741 | 03/21/2024 23:52:34 | Blacked Raw | 12/15/2022 | 02/21/2023 | PA0002400999 |
| 27 | 56df9adb7c05593f225fd3632dc1c804026f0a89 | 03/08/2024 02:31:30 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 28 | 76ad9d03a1eebb7c483d25e2d285d7799acd17c1 | 03/08/2024 02:11:04 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 29 | de6840f667b4253102928e898e6f49179c60dc3b | 03/08/2024 02:08:26 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 30 | 44bf437c0922a2b73ec225f8618bbff81544fb16 | 03/08/2024 02:07:17 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 31 | d069801637d079c525c54a249b6fb31336f899ee | 03/08/2024 01:53:59 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 32 | 5f8ca492b66b09099d58c057be34c63693b6f787 | 03/05/2024 18:59:13 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 33 | 65b25e929de028db8f094c2e8bedc1eb1784d487 | 03/05/2024 18:44:11 | Milfy | 07/05/2023 | 08/22/2023 | PA0002431067 |
| 34 | 452f735b4d184a51283725c63ae126c03d0657e9 | 03/05/2024 18:33:46 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 37f5051ecfee4de99efe51decc4e33f0840890a1 | 03/05/2024 17:53:16 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 36 | ed5444793daeaac333dd37c7f9535117d60e6f13 | 03/05/2024 17:41:10 | Milfy | 06/21/2023 | 08/22/2023 | PA0002431065 |
| 37 | 927b3fddc86598a3928c39ac94b14f9008b2fa9b | 03/05/2024 17:36:20 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 38 | d583e71f3b4518f7ee0a96cd2944f290c3b649cc | 03/05/2024 17:23:08 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 39 | 6B5B53B6527A7BCC16B972BAADFD54366C593BB0 | 03/05/2024 17:20:53 | Milfy | 12/27/2023 | 01/16/2024 | PA0002453486 |